**KENDALL S. STONE, ESQ.**
Nevada Bar No. 15337
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ABRAHAM ELLIOT**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ABRAHAM ELLIOT**, <br><br> Defendant. | Case No.  2:21-CR-190-APG-EJY-3 |

**STIPULATION AND ORDER MODIFY PRETRIAL RELEASE TO REMOVE DRUG**

**TESTING CONDITION**

   **IT IS HEREBY STIPULATED AND AGREED**, by and between **CHRISTOPHER BURTON and KIMBERLY SOKOLICH**, Assistant United States Attorneys, counsel for the United States of America, and **KENDALL S. STONE, ESQ.**, counsel for **ABRAHAM ELLIOT**; that Defendant's pretrial release conditions be modified as follows:

   1.   That Mr. Elliot's condition regarding submitting to continued random drug testing by pretrial services be removed as a condition of his pretrial release, specifically conditions 43 and 44.

   2.   That Mr. Elliot has not had a positive test during the time that Mr. Elliot has been submitting to pretrial services for testing.

-1-

3. That Mr. Elliot must continue to abide by all other conditions imposed by Pretrial Services.

4. That Counsel has spoken to AUSAs Christopher Burton and Kimberly Sokolich and they have no objections for the removal of the random drug testing condition.

5. That Counsel has spoken to Pretrial Services Justin Lauby and he has no objections for the removal of the random drug testing condition.

**DATED** this 2nd day of February 2023.

/S/
**KENDALL S. STONE, ESQ.**
Nevada Bar No. 15337
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Attorney for Defendant
**ABRAHAM ELLIOT**

/S/
**CHRISTOPHER BURTON**
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, NV 89101

/S/
**KIMBERLY SOKOLICH**
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, NV 89101

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:48 am, February 03, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**