**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ABRAHAM ELLIOTT,<br><br>　　　　　　Defendant. | 2:21-cr-00190-ART-EJY<br><br>**Order Approving Stipulation to Continue Sentencing (ECF No. 308)**<br><br>**(First Request)** |

　　　Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

### FINDINGS OF FACT

1. The parties agree to the continuance.

2. The defendant is not in custody and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to enable Defendant Elliott to be fully prepared for sentencing and prepare arguments in mitigation.

//

//

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant sufficient opportunity to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for November 13, 2023, be vacated and continued Tuesday, November 21, 2023, at 10:00 a.m.

DATED this 9th day of November, 2023.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE